**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-03279-WJM-NYW

CHRISTINE S. BROWN,

      Plaintiff,

v.

JOHNSON & JOHNSON,
ORTHO-MCNEIL PHARMACEUTICAL, INC., AND
JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC,

      Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil actions comes before the court on Plaintiff Christine Brown's ("Plaintiff") Motion for Leave to Amend Complaint, filed on August 20, 2015 [#31] ("Motion for Leave"), and Plaintiff's Unopposed Motion to Amend Scheduling Order, filed on August 22, 2015 [#33] ("Motion to Amend Scheduling Order") (collectively, the "Motions").  Pursuant to the Order Referring Case dated December 5, 2014 [#10], the Reassignment dated February 10, 2015 [#19], and the Memoranda dated August 21, 2015 [#32] and August 24, 2015 [#34], the Motions are before this Magistrate Judge.

      IT IS ORDERED that the Motion for Leave is DENIED WITHOUT PREJUDICE to re-filing.  IT IS FURTHER ORDERED that the Motion to Amend Scheduling Order is GRANTED AS FOLLOWS:

      (1) The deadline for amendment of pleadings is hereby re-set to **September 18, 2015**.

DATED: August 25, 2015