**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-3279-WJM-NYW

CHRISTINE S. BROWN,

    Plaintiff,

v.

JOHNSON & JOHNSON,
ORTHO-MCNEIL PHARMACEUTICAL, INC.,
JOHNSON & JOHNSON RESEARCH AND DEVELOPMENT, LLC,

    Defendants.

**MINUTE ORDER**

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Christine S. Brown's ("Plaintiff") Unopposed Motion for Leave to Amend Complaint and Demand for Jury Trial, filed on September 18, 2015 [#36] (the "Motion"). Pursuant to the Order Referring Case dated December 5, 2014 [#10], the Reassignment dated February 10, 2015 [#19], and the Memorandum dated September 21, 2015 [#38], the Motion is before this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED:

(1) Plaintiff shall file a clean version of the Proposed Amended Complaint [#36-2], absent underlining and striking through, no later than **October 30, 2015.**

DATED: October 20, 2015