**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-03279-WJM-NYW

CHRISTINE S. BROWN,

    Plaintiff,

v.

JOHNSON & JOHNSON,
ORTHO-MCNEIL PHARMACEUTICAL, INC.,
JOHNSON & JOHNSON RESEARCH AND DEVELOPMENT, LLC,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case and the Order Granting Defendants' Motion For Summary Judgment [49], entered by the Honorable William J. Martínez, United States District Judge, on March 9, 2016, it is

ORDERED that Defendants' Motion for Summary Judgment [46] is GRANTED. It is

FURTHER ORDERED that Plaintiff Brown's Amended Complaint [40] is DISMISSED WITH PREJUDICE and Final Judgment is entered in favor of Defendants and against Brown. The parties shall bear their own attorneys' fees and costs.

Dated at Denver, Colorado this 9th day of March, 2016.

                        BY THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By:  s/Deborah Hansen
                        Deborah Hansen, Deputy Clerk